Argued and submitted February 28, affirmed March 27, 1996

STATE OF OREGON,
*Respondent,*

*v.*

DANIEL JOHN BELT,
*Appellant.*

(94C-20107; CA A87395)

914 P2d 35

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Douglas F. Zier, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Miller,* 133 Or App 604, 892 P2d 1030, *rev allowed* 321 Or 268 (1995).